September 03, 2004

Mr. W. Wendell Hall
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Mr. Levon G. Hovnatanian
Martin Disiere Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002

RE: Case Number: 02-0648
 Court of Appeals Number: 13-02-00334-CV
 Trial Court Number: C-1097-01-E

Style: IN RE AIU INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Honorable Juan R. |
| |Partida |
| |Ms. Pauline G. |
| |Gonzalez |
| |Ms. Cathy Wilborn |